Sunland Realty Company *v.* Knapp Storage, Inc.
(12369)
(12370)

Knapp Storage, Inc. *v.* Sunland Realty Company
(12371)
(12372)

O'Connell, Freedman and Schaller, Js.

Argued January 5—decision released January 25, 1994

*Daniel Shepro,* for the appellant (defendant in the first and second cases, plaintiff in the third and fourth cases).

*George J. Markley,* for the appellee (plaintiff in the first and second cases, defendant in the third and fourth cases).

Per Curiam. The judgment is affirmed.